**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7274**

DORSEY LOPEZ STEPHENSON,

             Plaintiff - Appellant,

         v.

A. PARHAM, Major/Director of Treatment; D. MASKELONY,
Captain/Director of Security; A. MILLER, Classification,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.   (1:11-cv-00775-LO-JFA)

Submitted:  December 20, 2012      Decided:  December 26, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dorsey Lopez Stephenson, Appellant Pro Se.   Samuel Lawrence
Dumville, NORRIS & ST. CLAIR, P.C., Virginia Beach, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorsey Lopez Stephenson appeals the district court's order granting Defendants' motion for summary judgment and dismissing his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Stephenson v. Parham</u>, No. 1:11-cv-00775-LO-JFA (E.D. Va. June 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>